UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MORTGAGE LENDER FORCE-PLACED
INSURANCE LITIGATION (NO. II)                             MDL No. 2837

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION MOOT**

      Before the Panel is a motion filed by pro se defendant Christian D'Andrade, seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the United States District Court of the Western District of Washington for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed *World Business* action was remanded to the Superior Court for the District of Columbia by the Honorable Royce C. Lamberth, in an order filed on March 7, 2018, and the *Cornerstone Capital* action was remanded to the California Superior Court of Contra Costa County, State of California by the Honorable Vince Chhabria in an order filed on March 12, 2018, thus depriving this litigation of its multidistrict character.

      IT IS THEREFORE ORDERED that the motion filed by pro se defendant Christian D'Andrade, for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

                                                     FOR THE PANEL:

                                                     Jeffery N. Lüthi
                                                     Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MORTGAGE LENDER FORCE−PLACED
INSURANCE LITIGATION (NO. II)  MDL No. 2837

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 18−00795 | Cornerstone Capital Investments LLC v. D'Andrade |
| DISTRICT OF COLUMBIA | | | |
| DC | 1 | 18−00139 | WORLD BUSINESS LENDERS LLC v. D'ANDRADE |
| NEW JERSEY | | | |
| NJ | 3 | 16−09245 | QUARASHI et al v. CALIBER HOME LOANS INC. et al |